UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-08-251 GEB |
| v. | ) | |
| | ) | |
| STEVEN DANGERFIELD | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

        (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:    STEVEN DANGERFIELD
Detained at (custodian):    RIO COSUMNES CORRECTIONAL CENTER

Detainee is:    a.)    (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                           charging detainee with: Possession of Stolen Mail and Unlawful Possession and Use
                           of Identification of Another
       or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
       or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a
                           sentence is currently being served at the detaining facility

*Appearance is necessary on **JULY 8, 2008, AT 2:00 BEFORE THE UNITED STATES MAGISTRATE JUDGE** in the Eastern District of California.*

Signature:    /s/ ROBIN R. TAYLOR
Printed Name & Phone No:    Robin R. Taylor (916) 554-2722
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

        (X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **July 8, 2008, at 2:00pm**, before the United States Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Date: June 26, 2008

                                                                             U.S. MAGISTRATE JUDGE

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | X Male    Female |
| Booking or CDC #: | X - REF. NO. X-676228 | DOB: 09/27/1963 |
| Facility Address: | 12500 Bruceville Road | Race: |
| | Elk Grove, CA 95757 | FBI #: |
| Facility Phone: | (916) 874-1927 | |
| Currently Incarcerated For: | Mail Fraud | |

___

**RETURN OF SERVICE**

Executed on _____    By: _____
                                                                                  (Signature)