```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
                                `
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CR. No. 08-251 GEB
                                  )
12              Plaintiff,        )
                                  )  STIPULATION RE RESTITUTION
13       v.                       )
                                  )
14                                )
                                  )
15  STEVEN DANGERFIELD,           )  Date: February 6, 2009
                                  )  Time: 9:00 a.m.
16              Defendant.        )  Court: Hon. Garland E. Burrell, Jr.
                                  )
17                                )
                                  )
18  _____ )
19
20       The United States of America, through counsel of record,
21  Assistant United States Attorney Robin R. Taylor, and defendant
22  Steven Dangerfied, by an through his counsel of record, Donald
23  Dorfman, hereby submit this stipulation and proposed order to notify
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

the Court that the parties concur that no restitution is due and owing in this case.  Thus, there is no need for the parties to appear on February 6, 2009, and we request that the matter be taken off calendar.

                                      Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated: January 29, 2009       By:  /s/ Robin Taylor
                                      ROBIN TAYLOR
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff

DATED: January 29, 2009      By:  /s/ Donald Dorfman
                                      DONALD DORFMAN
                                      Attorney for Defendant

                                           **ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

Dated:  February 2, 2009

                                             GARLAND E. BURRELL, JR.
                                           United States District Judge