

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN DANGERFIELD,<br><br>  Defendant. | Case No. 2:08-cr-00251-GEB-1<br><br><u>ORDER FOR RELEASE OF PERSON IN CUSTODY</u> |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **STEVEN DANGERFIELD** from custody on Monday, May 21, 2012, to the probation officer who will transport the offender to the inpatient treatment facility.

IT IS SO ORDERED.

Dated: May 21, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge