FILED
FEB 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:08-cr-00251-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF PERSON |
| STEVEN DANGERFIELD, ) | IN CUSTODY |
| ) | |
| Defendant. ) | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release Steven Dangerfield, from custody on the pending charges in this case.

_____
UNITED STATES DISTRICT JUDGE

file copy - orig. to USM in Court